UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JEREMY ROSS MARJAMAA,

    Plaintiff,

v.

SUSAN LOONSFOOT,

    Defendant.

_____/

Case No. 2:19-cv-240

Honorable Hala Y. Jarbou

**ORDER**

This is a civil rights action brought by an individual proceeding *in forma pauperis*. On October 28, 2020, Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R&R) recommending that the Court dismiss the action due to lack of jurisdiction and, in the alternative, for failure to state a claim. (ECF No. 19.) The R&R was duly served on the parties. No objections have been filed and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes sound recommendations. Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 19) is **ACCEPTED** and **ADOPTED** as the opinion of the Court. The Court will dismiss the case for the reasons stated therein.

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss (ECF No. 15) is **GRANTED** as an alternative basis for dismissal.

**IT IS FURTHER ORDERED** that the Court certifies that there is no good faith basis for an appeal.

A judgment will enter consistent with this order.

Dated: December 2, 2020

/s/ HALA Y. JARBOU
Hala Y. Jarbou
United States District Judge